**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Amin HERNANDEZ–PEREA,**
**Defendant–Appellant.**

**No. 07–13673**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2008.

Grady Charles Irvin, Jr., Irvin Law Firm, L.L.C., Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of FL, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Amin Hernandez–Perea in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Hernandez–Perea's conviction and sentence are **AFFIRMED.**